IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **GREGORY CRAWFORD** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 20-871 |
| | : | |
| **JEFFERSON HOSPITAL** | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this **24th** day of **June 2020**, upon consideration of Defendant's Motion to Dismiss (ECF No. 7) and Plaintiff's Response thereto (ECF No. 8), it is hereby **ORDERED** and **DECREED** Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED**.  The Complaint is dismissed without prejudice.  Plaintiff is granted leave to file an amended complaint on or before **July 13, 2020** as provided in the Court's memorandum.  The failure to file an amended complaint by **July 13, 2020** may result in the dismissal of the case for failure to prosecute.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**